UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIROSLAVA LEWIS,

        Plaintiff,

   v.

VAIL RESORTS, INC.,

        Defendant.

CASE NO. 2:23-cv-00812-RSL

ORDER

This matter comes before the Court on a "Stipulation to Extend Time to Join Additional Parties." Dkt. # 16. The extension is GRANTED. The deadline for joining additional parties is now October 29, 2023.

Dated this 30th day of August, 2023.

                                       Robert S. Lasnik
                                       United States District Judge

ORDER - 1