UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIROSLAVA LEWIS<br><br>Plaintiff,<br><br>vs.<br><br>VAIL RESORTS, INC., et al.,<br><br>Defendants. | NO. C23-812RSL<br><br>ORDER TO EXTEND TIME TO JOIN ADDITIONAL PARTIES |

Upon consideration of the Joint Stipulation between the parties in the above captioned matter, it is hereby ORDERED that said STIPULATION is GRANTED extending the deadline to join additional parties an additional sixty (60) days, making the amended deadline December 28, 2023 to join additional parties.

DATED this 23rd day of October, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO EXTEND TIME TO JOIN ADDITIONAL PARTIES