UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIROSLAVA LEWIS,

        Plaintiff,

    v.

VAIL RESORTS, INC.,

        Defendant.

CASE NO. 2:23-cv-00812-RSL

AMENDED ORDER STRIKING MOTION TO AMEND

      This matter comes before the Court on "Plaintiff's Motion to Amend Her Complaint to Add Additional Parties." The motion was noted for consideration on the second Friday after filing and includes a separate document in which the argument in support of the motion is set forth. Neither the note date nor the separate memorandum is procedurally proper under the local rules of this district. *See* LCR 7(b)(1) and (d)(2). The motion to amend is therefore STRICKEN with leave to refile.

      Dated this 5th day of January, 2024.

                               Robert S. Lasnik
                               United States District Judge