UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIROSLAVA LEWIS,

        Plaintiff,

    v.

VAIL RESORTS, INC., *et al*.,

        Defendants.

CASE NO. 2:23-cv-00812-RSL

ORDER

      This matter comes before the Court on defendants' "Notice of Trial Conflicts" and supporting declarations. Dkt. # 61-64. This matter is currently scheduled for an 8-day trial starting on March 3, 2025, but two of defendants' three counsel have a trial starting in King County on March 10th. The undersigned has never had a trial last as long as counsel predicted and is confident that the same will hold true here. More importantly, a lot can happen between now and the scheduled trial date: the parties could settle, another continuance could be necessary, a criminal trial could take precedence, or the Court's availability could change. Defendants' notice of trial conflict is noted and the issue can be raised again if and when it appears that this case is actually headed for trial in early March. At this point in time, however, the Court sees no reason to shift the trial date and/or the pretrial deadlines that arise therefrom.

ORDER - 1

Dated this 9th day of August, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER - 2