UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIROSLAVA LEWIS,<br><br>Plaintiff,<br>v.<br><br>VAIL RESORTS, INC., *et al.*,<br><br>Defendants. | CASE NO. 2:23-cv-00812-RSL<br><br>ORDER COMPELLING DEPOSITION OF NON-PARTY FRANK POLIZZI |

This matter comes before the Court on "Plaintiff's Motion to Enforce Compliance with Subpoena." Dkt. # 58. Mr. Polizzi has information that is relevant to the claims asserted in the above-captioned matter and was served with a subpoena to testify at a videotaped deposition via ZOOM on July 22, 2024, and indicated receipt of the videoconference link on July 19, 2024. He did not appear for the deposition.

Plaintiff filed this motion to compel compliance with the subpoena on July 30, 2024, providing notice of the motion to Mr. Polizzi by email and personal service. No response was filed. It is hereby ORDERED that Mr. Polizzi shall attend a videotaped deposition within fourteen days of the date of this Order. Plaintiff shall serve Mr. Polizzi with a copy of this Order and, if possible, arrange a mutually agreeable time in which to conduct the deposition prior to September 10, 2024. Failure to appear for the deposition

may result in the imposition of contempt sanctions against Mr. Polizzi under Fed. R. Civ. P. 45(g).

Dated this 26th day of August, 2024.

Robert S. Lasnik
United States District Judge