# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIROSLAVA LEWIS,<br><br>      Plaintiff,<br><br> v.<br><br>VAIL RESORTS, INC., VAIL HOLDINGS, INC., THE VAIL CORPORATION, and JOHN DOES 1-3,<br><br>      Defendants. | No. 2:23-cv-00812-RSL<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE TO ALLOW FOR EXPERT DEPOSITIONS |

## ORDER

THIS MATTER having come on regularly for hearing upon the stipulation of the parties above contained, and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED that the current discovery deadline shall be extended by 45 days to December 19th, 2024. The other deadlines in this matter shall remain unchanged.

Dated this 5th day of November, 2024.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER GRANTING STIPULATED MOTION TO
EXTEND DISCOVERY DEADLINE TO ALLOW FOR
EXPERT DEPOSITIONS - 1
2:23-cv-00812-RSL

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423