UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIROSLAVA LEWIS,

          Plaintiff,

    v.

VAIL RESORTS, INC., *et al*.,

          Defendants.

CASE NO. 2:23-cv-00812-RSL

ORDER

    This matter comes before the Court on "Plaintiff's Unopposed Motion to Extend Plaintiff's Response Deadline to Defendants' Motion for Summary Judgment." Dkt. # 78. The motion is GRANTED. Plaintiff's response deadline is continued to December 31, 2024. The Clerk of Court is directed to renote defendants' motion for summary judgment, Dkt. # 74, for consideration on January 6, 2025.

    Dated this 26th day of December, 2024.

*[signature]*
Robert S. Lasnik
United States District Judge

ORDER - 1