UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MIROSLAVA LEWIS,<br><br>            Plaintiff,<br><br>      v.<br><br>VAIL RESORTS, INC., VAIL HOLDINGS, INC., THE VAIL CORPORATION, and JOHN DOES 1-3,<br><br>            Defendants. | No. 2:23-cv-00812-RSL<br><br>STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF VAIL DEFENDANTS; MOTION FOR SUMMARY JUDGMENT |

## I.      STIPULATION

For good cause shown pursuant to Fed. R. Civ. P. 16(b)(4) and United States District Court for the Western District of Washington Local Civil Rule (LCR) 7(j) and 16(b)(6), defendants Vail Resorts, Inc., Vail Holdings, Inc., and the Vail Corporation (collectively "Defendants") and Plaintiff Miroslava Lewis respectfully and jointly move for entry of an order extending the deadline for Defendants to file their reply in support of their motion for summary judgment, (Dkt. #74), to January 9, 2025.

A court may modify the deadlines in a case schedule or for a summary judgment motion for good cause. Fed. R. Civ. P. 16(b)(4); LCR 7(j); LCR 16(b)(5), (6). This standard primarily considers the diligence of a party seeking the amendment. *Johnson v. Mammoth Recreations*, 975 F.2d 604, 609 (9th Cir. 1992). Counsel for the parties have been working cooperatively to adjust filing deadlines related to Defendants' motion for summary judgment and agree that good cause exists for a 3-day extension of the deadline for Defendants to file

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO FILE REPLY IN SUPPORT OF VAIL
DEFENDANTS; MOTION FOR SUMMARY
JUDGMENT - 1     2:23-cv-00812-RSL

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

the reply in support of their motion for summary judgment:

1. Defendants filed their motion for summary judgment on December 3, 2024. (Dkt. # 74.) Plaintiff's response was due by December 26, with Defendants' reply due by December 31. *See* LCR 7(c)(4).

2. On December 23, Plaintiff filed an unopposed motion to extend the deadline for her summary judgment response by 5 days to December 31. (Dkt. #78.) The Court granted the motion. (Dkt. #79.) Plaintiff filed her response on December 31. (Dkt. #81.)

3. Counsel for the parties' conferred and agreed that good cause exists for a similar short extension for Defendants to file their reply in support of summary judgment given the holidays, Plaintiff's short deadline extension, Defendants' non-opposition to Plaintiff's request for an extension, and the lack of prejudice to any party by these short extensions.

Given the above, the parties stipulate the good cause exists to extend the deadline for Defendants to file their reply in support of their pending motion for summary judgment by three days to January 9, 2025.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD

DATED: January 3, 2025

KEATING, BUCKLIN & McCORMACK, INC., P.S.

By: */s/ Richard B. Jolley*
Richard B. Jolley, WSBA #23473
Brian C. Augenthaler, WSBA #44022
Margot G. Cotter, WSBA #57540
Rakiah B. Adams, WSBA #58799
Attorneys for Defendants

1201 Third Avenue, Suite 1580
Seattle, WA  98101
Phone: (206) 623-8861
Fax:    (206) 223-9423
Email: rjolley@kbmlawyers.com

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF VAIL DEFENDANTS; MOTION FOR SUMMARY JUDGMENT - 2    2:23-cv-00812-RSL

KEATING, BUCKLIN & McCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423

baugenthaler@kbmlawyers.com
mcotter@kbmlawyers.com
radams@kbmlawyers.com

I certify that this memorandum contains 351 words, in compliance with the Local Civil Rules.

DATED:  January 3, 2025

SALTZ MONGELUZZI BENDESKY, PC.


By: /s/ Robert W. Zimmerman
Robert W. Zimmerman (pro hac vice) PA# 208410
Samuel A. Haaz (pro hac vice) PA# 21505
Attorneys for Plaintiff

1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Phone: (215) 575-3898
Email: rzimmerman@smbb.com
shaaz@smbb.com

DATED:  January 3, 2025


DEBORAH ALEXANDER ATTORNEY AT LAW PLLC


By: /s/Deborah E. Alexander
Deborah Emanuel Alexander, WSBA #21505
Attorney for Plaintiff

11900 NE 1st Street, Suite 300
Bellevue, WA 98005
Phone: (206) 403-3426
Email: dalexander@alexanderlawoffice.com

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF VAIL DEFENDANTS; MOTION FOR SUMMARY JUDGMENT - 3    2:23-cv-00812-RSL

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE:  (206) 623-8861
FAX:  (206) 223-9423

## II. ORDER

THIS MATTER having come on regularly for hearing upon the stipulation of the parties and the Court being fully advised in the premises, now, therefore, it is hereby ORDERED that the deadline for Defendants to file their reply in support of their motion for summary judgment, (Dkt. #74), is continued to January 9, 2025.

Dated this 3rd day of January, 2025.

*[signature]*
Robert S. Lasnik
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND
DEADLINE TO FILE REPLY IN SUPPORT OF VAIL
DEFENDANTS; MOTION FOR SUMMARY
JUDGMENT - 4    2:23-cv-00812-RSL

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
1201 THIRD AVENUE, SUITE 1580
SEATTLE, WASHINGTON 98101
PHONE: (206) 623-8861
FAX: (206) 223-9423