UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MIROSLAVA LEWIS,

            Plaintiff,

    v.

VAIL RESORTS, INC., *et al.*,

            Defendants.

CASE NO. 2:23-cv-00812-RSL

ORDER DENYING MOTION FOR RECONSIDERATION

      This matter comes before the Court on "Defendant The Vail Corporation's Motion for Reconsideration." Dkt. # 97-1. As the Court made clear in the summary judgment order, the fact that a parent corporation pays its subsidiary's premiums into the Washington State Workers' Compensation fund does not make the parent an "employer" for purposes of the worker's compensation scheme. Nor does it indicate that the family of companies is self-insured or that the parent had in some way obligated itself to pay compensation for workplace injuries. To the contrary, defendants acknowledge that they are not self-insured in Washington, that VR NW Holdings Inc. participates in

Washington's industrial insurance program, and that plaintiff received compensation directly from the state fund, not from The Vail Corporation.[1]

There being no manifest error in the prior ruling nor new evidence that changes the Court's analysis, the motion for reconsideration is DENIED.

Dated this 14th day of February, 2025.

Robert S. Lasnik
United States District Judge

---

[1] The Court is troubled by counsel's false assertion that The Vail Corporation is "the sole entity responsible for paying" plaintiff's workers compensation claim. Dkt. # 97-1 at 2, ll. 18-19. That is not what Ms. Spataro says, nor is it consistent with defendants' admissions in this case. At trial, counsel shall limit himself to statements that are arguably supported by the evidence.

ORDER DENYING MOTION FOR RECONSIDERATION - 2