UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MIROSLAVA LEWIS,<br><br>    Plaintiff,<br><br>vs.<br><br>VAIL RESORTS, INC., et al.,<br><br>    Defendants. | NO. C23-812RSL<br><br>ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE MARY ALICE THEILER SETTLEMENT JUDGE |

    The Court has appointed United States Magistrate Judge Mary Alice Theiler to act as settlement judge in this matter. Andy Quach, Judge Theiler's In-Court deputy will contact counsel to schedule the settlement conference.

    DATED this 20th day of February, 2024.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER APPOINTING UNITED STATES MAGISTRATE JUDGE MARY ALICE THEILER SETTLEMENT JUDGE- 1